IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ROBERT BENJAMIN STOUT,

    Plaintiff,

v.                                  Civil Action No. 3:09CV537

PETER MELETIS, et al.,

    Defendants.

## FINAL ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Stout's objections are OVERRULED;

2. The Report and Recommendation is ACCEPTED AND ADOPTED;

3. The action is DISMISSED; and,

4. The Clerk is DIRECTED to note the disposition of the action for purposes of 28 U.S.C. § 1915(g).

Stout may appeal the decision of the Court. Failure to file written notice of appeal within thirty (30) days of the date of entry hereof may result in the loss of the right to appeal.

The Clerk is DIRECTED to send a copy of the Order to Stout.

And it is so ORDERED.

                                              /s/
                                    Robert E. Payne
                                    Senior United States District Judge

Date: September 14, 2010
Richmond, Virginia